| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 31760 | **DATE** 03/09/2021 |
|---|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| WATSON, Bryan Daniel | Aaron M. Perkins | David M. Lawson | 10-CR-20083-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 09/01/2011 | Supervised Release | I | 37 | |
| **COMMENCED** 04/06/2016 | | | | |
| **EXPIRATION** 04/05/2026 | | | | |

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Eaton Brown | To Be Determined |

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 2: 18 U.S.C. § 2252A(a)(1), Transportation/Shipment of Child Pornography

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 60 months, to be followed by a ten-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Avern Cohn.  Case reassigned to the Honorable David M. Lawson on July 8, 2020, due to administrative reasons.

Modification:  October 1, 2020
The following special condition was added: "You must reside in a Residential Reentry Center (RRC) for up to 180 days. You must follow the rules and regulations of the center. Subsistence is waived."

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall successfully complete any sex offender diagnostic evaluations, treatment/counseling programs, and polygraph examinations as directed by the probation officer. Reports pertaining to sex offender assessments, treatment and polygraph examinations shall be provided to the probation officer. Based on the defendant's ability to pay, the defendant shall pay the cost of diagnostic evaluation, treatment or counseling programs, and polygraph examinations in an amount determined by the probation officer.
2. The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the United States Bureau of Prisons, or any state sex offender registration agency in which he/she resides, works, is a student, or was convicted of a qualifying offense.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>31760 | DATE<br>03/09/2021 |
|---|---|---|---|---|
| **NAME**<br>WATSON, Bryan Daniel | **OFFICER**<br>Aaron M. Perkins | | **JUDGE**<br>David M. Lawson | **DOCKET #**<br>10-CR-20083-01 |

3. The defendant shall not associate with minor children under the age of eighteen (18), except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. The defendant shall not frequent places where children congregate on a regular basis (such as, but not limited to school grounds, playgrounds, child toy stores, video arcades, etc.).
4. The defendant shall notify anyone they date or marry with a minor child under the age of eighteen (18) of their conviction.
5. The defendant shall not purchase, sell, view, or possess images, in any form of media or live venue that depict pornography, sexually explicit conduct, child erotica, or child nudity. The defendant shall not patronize any place where such material or entertainment is available.
6. The defendant shall have all residences pre-approved by the probation department. The defendant shall not provide care or live in a residence where children under the age of eighteen (18) or adults with disabilities also reside, without prior approval of the probation officer.
7. The defendant shall provide the probation officer with accurate information about all computer systems (hardware/software), all passwords, and Internet Service Provider(s), that you have potential and/or reasonable access to and abide by all rules of the U.S. Probation Department's Computer Monitoring Program. The defendant shall only access a computer approved by the U.S. Probation Department. The defendant shall consent to the probation officer conducting periodic unannounced examinations of all computer systems, which may include computer monitoring software at the defendant's expense. For the purpose of accounting for all computers, hardware, software and accessories, the defendant shall submit his/her person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at a reasonable time and manner. You shall inform any other residents that the premises and your computer may be subject to a search pursuant to this condition. The defendant shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, Internet, satellite, etc.).
8. The defendant shall have employment pre-approved by the U.S. Probation Department. If the defendant's employment requires the use of a computer, the defendant shall notify the employer of the nature of their conviction and this notification must be confirmed by the probation officer.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Special Condition:** "THE DEFENDANT SHALL NOT PURCHASE, SELL, VIEW, OR POSSESS IMAGES, IN ANY FORM OF MEDIA OR LIVE VENUE THAT DEPICT PORNOGRAPHY, SEXUALLY EXPLICIT CONDUCT, CHILD EROTICA, OR CHILD NUDITY. THE DEFENDANT SHALL NOT PATRONIZE ANY PLACE WHERE SUCH MATERIAL OR ENTERTAINMENT IS AVAILABLE." |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 31760 | DATE 03/09/2021 |
|---|---|---|---|---|
| **NAME** WATSON, Bryan Daniel | **OFFICER** Aaron M. Perkins | | **JUDGE** David M. Lawson | **DOCKET #** 10-CR-20083-01 |

On February 25, 2021, WATSON attended a scheduled polygraph examination. Prior to this examination, during the pre-test interview, WATSON admitted to viewing adult and child pornographic images and videos. Also, at that time, WATSON admitted to accessing chat rooms where he communicated in sexual conversations with young females and males. Based on WATSON's self-reports during the pre-test interview, the polygraph examination was cancelled, as it was not deemed necessary at that time.

On February 26, 2021, this writer and another Senior United States Probation Officer from the Probation Department met with WATSON in response to his self-reports. During this meeting, WATSON reaffirmed the self-reports he made on the previous day.

2  **Violation of Special Condition:** "THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ACCURATE INFORMATION ABOUT ALL COMPUTER SYSTEMS (HARDWARE/SOFTWARE), ALL PASSWORDS, AND INTERNET SERVICE PROVIDER(S), THAT YOU HAVE POTENTIAL AND/OR REASONABLE ACCESS TO AND ABIDE BY ALL RULES OF THE U.S. PROBATION DEPARTMENT'S COMPUTER MONITORING PROGRAM. THE DEFENDANT SHALL ONLY ACCESS A COMPUTER APPROVED BY THE U.S. PROBATION DEPARTMENT. THE DEFENDANT SHALL CONSENT TO THE PROBATION OFFICER CONDUCTING PERIODIC UNANNOUNCED EXAMINATIONS OF ALL COMPUTER SYSTEMS, WHICH MAY INCLUDE COMPUTER MONITORING SOFTWARE AT THE DEFENDANT'S EXPENSE. FOR THE PURPOSE OF ACCOUNTING FOR ALL COMPUTERS, HARDWARE, SOFTWARE AND ACCESSORIES, THE DEFENDANT SHALL SUBMIT HIS/HER PERSON, RESIDENCE, COMPUTER AND/OR VEHICLE TO A SEARCH CONDUCTED BY THE U.S. PROBATION DEPARTMENT AT A REASONABLE TIME AND MANNER. YOU SHALL INFORM ANY OTHER RESIDENTS THAT THE PREMISES AND YOUR COMPUTER MAY BE SUBJECT TO A SEARCH PURSUANT TO THIS CONDITION. THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ACCESS TO ANY REQUESTED FINANCIAL INFORMATION INCLUDING BILLING RECORDS (TELEPHONE, CABLE, INTERNET, SATELLITE, ETC.)."

On February 25, 2021, WATSON self-admitted to previously obtaining an internet capable smartphone that was currently in his possession. WATSON did not have the required permission to possess the smartphone. On February 26, 2021, this writer and a Senior United States Probation Officer met with WATSON when this phone was confiscated. Also, on this date, the confiscated electronic device was mailed to the probation department in the Eastern District of Missouri for a forensic examination. Results of the forensic examination are pending at this time.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 31760 | DATE 03/09/2021 |
|---|---|---|---|---|
| **NAME** WATSON, Bryan Daniel | **OFFICER** Aaron M. Perkins | **JUDGE** David M. Lawson | | **DOCKET #** 10-CR-20083-01 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Aaron M. Perkins/ljc/lat (313) 234-5441 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Tracy Kosmas (313) 234-5272 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The Issuance of a Summons.

[  ]   Other

    s/ David M. Lawson
United States District Judge

3/10/2021
Date